**Opinion issued May 7, 2024**



**In The**

# Court of Appeals

**For The**

# First District of Texas

—————————————

**NO. 01-24-00286-CV**

—————————————

**IN RE PS LPT PROPERTIES INVESTORS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

## MEMORANDUM OPINION

Relator, PS LPT Properties Investors, has filed a petition for writ of mandamus challenging the trial court's order denying relator's motion to compel arbitration.[1] We deny the petition.

---

[1] The underlying case is *Charles Santiago v. PS LPT Properties Investors*, cause number 2023-33104, pending in the 133rd District Court of Harris County, Texas, the Honorable Jaclanel McFarland presiding.

## PER CURIAM

Panel consists of Justices Goodman, Landau, and Hightower.